# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE CONNELLY,<br><br>         Petitioner,<br>vs.<br>GAIL LEWIS,<br><br>         Respondent. | CASE NO. 03-CV-1993 WQH (LSP)<br><br>**ORDER RE: CERTIFICATE OF APPEALABILITY** |

HAYES, Judge:

  On September 18, 2006, Petitioner filed a Notice of Appeal (doc. no. 63) from the judgment dismissing Petitioner's action (doc. no. 62). On August 17, 2006, the Court adopted Magistrate Judge Papas's Second Report and Recommendation, granting Respondent's Motion to Dismiss and denying Petitioner's Petition. (Doc. no. 61.) In order to obtain a Certificate of Appealability, Petitioner must make a substantial showing of the denial of a constitutional right. *See* 28 U.S. C. § 2253(c)(2).

//
//
//
//
//
//
//

1   The Court finds that Petitioner has not made a substantial showing of the denial of a
2  constitutional right, and therefore declines to issue a Certificate of Appealability.
3   **IT IS SO ORDERED.**
4
5  DATED: October 23, 2006
6
  **WILLIAM Q. HAYES**
7  United States District Judge